Case 1:05-cr-00490-REB   Document 11   Filed 02/23/06   USDC Colorado   Page 1 of 3

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  05-cr-00490-REB-01 |
| | USM Number:  06516-081 |
| CIPRIANO LOPEZ-MACHACHEPI<br>a/k/a Israel Guardiola-Haro; Jose Alfredo Ortiz; Jesus Duarte-Cardenas | Edward Pluss, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2 and 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Distribution of a Scheduled I Controlled Substance | 03/09/04 |
| 2 | Unlawful Re-entry Following Deportation After Conviction for an Aggravated Felony | 03/09/04 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    February 17, 2006
    Date of Imposition of Judgment

    s/ Robert E. Blackburn
    Signature of Judge

    Robert E. Blackburn, U.S. District Judge
    Name & Title of Judge

    February 23, 2006
    Date

DEFENDANT:  CIPRIANO LOPEZ-MACHACHEPI
CASE NUMBER:  05-cr-00490-REB-01                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant shall not enter the United States illegally/Failure to report for supervision | 03/09/04 |

DEFENDANT:  CIPRIANO LOPEZ-MACHACHEPI
CASE NUMBER:  05-cr-00490-REB-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months, to run concurrent with Docket No. 04-cr-00283 and with state sentence.

The court recommends that the Bureau of Prisons designate the defendant to Colorado Department of Corrections.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal